**No. 58701.**—Mr. Leon Marks *v.* United States, protest 231882–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of earthenware teapots and coffeepots, each encased in a metal felt-lined cozy, the same in all material respects as the merchandise the subject of *Leon Marks* v. *United States* (28 Cust. Ct. 98, C. D. 1393), the claim of the plaintiff was sustained.

**No. 58702.**—Coro, Inc. *v.* United States, protest 215510–K (New York).

Opinion by JOHNSON, J. It was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Washington State Liquor Control Board* (34 C. C. P. A. 118, C. A. D. 352) and that the merchandise, consisting of 118⅓ dozen necklets out of case HL 251, was not in fact imported. In accordance with stipulation and following the decision cited, as well as that in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), it was held that duty is not assessable upon the 118⅓ dozen necklets missing from case HL 251. The protest was sustained to this extent.

**No. 58703.**—Bridgetts & Co., Inc. *v.* United States, protest 234510–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protest was sustained to this extent.